UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CATHERINE OLSON;<br>FAT CAT RESTAURANTS, INC.,<br>A CALIFORNIA CORPORATION;<br>and Does 1-10,<br><br>　　　　Defendants | Case: 2:13-CV-02537-WBS-KJN<br><br>**ORDER** |

### **ORDER**

Having read the foregoing stipulation and good cause appearing, it is hereby ordered that the Status Conference set for February 2, 2015 at 2:00 p.m. be continued to February 17, 2015 at 2:00 p.m.   The parties shall file a Joint Status Report no later than February 10, 2015 if  settlement has not been finalized and the disposition documents submitted.

IT IS SO ORDERED.

Dated:  January 30, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1