UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>   v.<br><br>CATHERINE OLSON;<br>FAT CAT RESTAURANTS, INC.,<br>A CALIFORNIA CORPORATION;<br>and Does 1-10,<br><br>    Defendants | Case: 2:13-CV-02537-WBS-KJN<br><br>**ORDER** |

### **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  .

Dated: February 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE